DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GERALD DONALD TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00215-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO AUGUST 25, |
| v. | ) | 2011, AT 9:00 A.M. |
| | ) | |
| GERALD DONALD TAYLOR, | ) | Date: July 14, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

   THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for July 14, 2011, at 9:00 a.m., and reset it for August 25, 2011, at 9:00 a.m.

   Counsel for defendant requires further time to obtain and review discovery, to consult with Mr. Taylor, and to negotiate with the government in an effort to resolve this matter.

///
///
///

1

1  The parties further stipulate that the Court should exclude the
2 period from the date of this order through August 25, 2011, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Taylor's request for a continuance outweigh the best interest of the
7 public and Mr. Taylor in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: July 12, 2011                Respectfully submitted,

11                                     DANIEL BRODERICK
                                       Federal Defender
12
                                       /s/ M.Petrik
13                                     _____
                                       MICHAEL PETRIK, Jr.
14                                     Assistant Federal Defender

15 Dated: July 12, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
16
                                       /s/ M.Petrik for
17                                     _____
                                       JILL M. THOMAS
18                                     Assistant U.S. Attorney

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28                                       2

**ORDER**

 **IT IS SO ORDERED.**  The status conference is continued to August 25, 2011, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 25, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: July 12, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3