1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GERALD DONALD TAYLOR
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 2:11-cr-00215-MCE
                                  )
12           Plaintiff,           )  STIPULATION AND TO SET MOTION
                                  )  HEARING ON OCTOBER 27, 2011, AT
13      v.                        )  9:00 A.M.; PROPOSED BRIEFING
                                  )  SCHEDULE
14 GERALD DONALD TAYLOR,          )
                                  )  Date:   August 25, 2011
15           Defendant.           )  Time:   9:00 a.m.
   _____)  Judge:  Hon. Morrison C. England
16

17

18     THE PARTIES STIPULATE, through counsel, Jill Thomas, Assistant

19 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

20 Taylor, that the Court should vacate the Status Conference scheduled

21 for August 25, 2011, at 9:00 a.m., and set a hearing on defendant's

22 motion to suppress on October 27, 2011, at 9:00 a.m.

23     Counsel for Mr. Taylor requires this time to review discovery,

24 confer with Mr. Taylor, and to prepare motions on behalf of Mr. Taylor.

25 ///

26 ///

27

28 STIPULATION AND ORDER                  1                     11-215 MCE

1    The parties stipulate that Mr. Taylor will file motions on or
2 before September 22, 2011; that the government will file an opposition
3 on or before October 13, 2011; and that Mr. Taylor may file an optional
4 reply on or before October 20, 2011.

5    The parties also stipulate that the Court should exclude the
6 period from the date of this order through October 27, 2011, when it
7 computes the time within which the trial of the above criminal
8 prosecution must commence for purposes of the Speedy Trial Act.  The
9 parties stipulate that the ends of justice served by granting Mr.
10 Taylor's request outweigh the best interest of the public and Mr.
11 Taylor in a speedy trial, and that this is an appropriate exclusion of
12 time for defense preparation within the meaning of 18 U.S.C. §
13 3161(h)(7)(A) and (B) (Local Code T4).

15 Dated: August 22, 2011          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender


21 Dated: August 22, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for
                                  _____
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

28 STIPULATION AND ORDER            2                        11-215 MCE

**ORDER**

  **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the hearing on October 27, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  For the reasons set forth above, the Court finds that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial.

 Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE