1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-11-0215 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | RESETTING MOTION HEARING |
| v. | ) | |
| | ) | |
| GERALD DONALD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Gerald Donald Taylor, through his counsel of record, Michael Petrik, Jr., Esq.,  hereby stipulate and agree that the motion hearing set for October 27, 2011, at 9:00 a.m. be continued to November 3, 2011, at 9:00 a.m.  The government filed its opposition on October 13, 2011; the defendant's optional reply brief is now due on or before October 27, 2011.

///

///

1

1  The parties need additional time for preparation.  Therefore,
2 the parties have agreed and respectfully request that the Court set
3 the date of November 3, 2011, at 9:00 a.m., for the hearing on the
4 defendant's motion to suppress.  Accordingly, the parties stipulate
5 that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and
6 Local Code E and that the ends of justice by this continuance
7 outweigh the interest of the defendant and the public in a speedy
8 trial.
9 IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: October 18, 2011       By:  /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: October 18, 2011       By:  /s/ Michael Petrik, Jr.
                                        MICHAEL PETRIK, Jr.
                                        Attorney for Defendant
                                        GERALD DONALD TAYLOR

ORDER

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for hearing on the defendant's motion to suppress as set forth above.

The Court finds excludable time as set forth above to and including November 3, 2011 and specifically finds that the ends of justice in ordering this continuance outweigh the interest of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(1)(D) and local code E.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE