1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GERALD DONALD TAYLOR
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. 2:11-cr-00215 MCE
                                    )
12            Plaintiff,            ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE TO MAY 10,
13      v.                          ) 2012, AT 9:00 A.M.
                                    )
14 GERALD DONALD TAYLOR,            ) Date:  March 8, 2012
                                    ) Time:  9:00 a.m.
15            Defendant.            ) Judge: Hon. Morrison C. England
   _____  )
16

17      THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

18 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

19 Taylor, that the Court should vacate the status conference scheduled

20 for March 8, 2011, at 9:00 a.m., and reset it for May 10, 2012, at 9:00

21 a.m.

22      Defense counsel requires time to obtain and review discovery, to

23 consult with Mr. Taylor, and to conduct further investigation.

24 ///

25 ///

26 ///

27

28 STIPULATION AND ORDER                1                No. 2:11-cr-00215-MCE

1       The parties further stipulate that the Court should exclude the
2  period from the date of this order through May 10, 2012, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Taylor's request for a continuance outweigh the best interest of the
7  public and Mr. Taylor in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
10
11 Dated: March 6, 2012              Respectfully submitted,
12                                   DANIEL BRODERICK
                                     Federal Defender
13
                                     /s/ M.Petrik
14                                   _____
                                     MICHAEL PETRIK, Jr.
15                                   Assistant Federal Defender
16 Dated: March 6, 2012              BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     /s/ M.Petrik for
18                                   _____
                                     JILL M. THOMAS
19                                   Assistant U.S. Attorney
20
21
22
23
24
25
26
27
28 STIPULATION AND ORDER              2              No. 2:11-cr-00215-MCE

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for May 10, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER          3          No. 2:11-cr-00215-MCE