```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    GERALD DONALD TAYLOR
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) No. 2:11-cr-00215-MCE |
|---|---|---|
| 12 | Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE TO JULY 19, |
| 13 | v. | ) 2012, AT 9:00 A.M. |
| 14 | GERALD DONALD TAYLOR, | ) Date: June 7, 2012<br>) Time: 9:00 a.m. |
| 15 | Defendant. | ) Judge: Hon. Morrison C. England |
| 16 | _____ ) | |

17    THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

18 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

19 Taylor, that the Court should vacate the status conference scheduled

20 for June 7, 2012, at 9:00 a.m., and reset it for July 19, 2012, at 9:00

21 a.m.

22    Defense counsel requires time to obtain and review discovery, to

23 consult with Mr. Taylor, and to conduct further investigation.

24 ///

25 ///

26 ///

27

28 STIPULATION AND ORDER                    1                    11-215 MCE

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through July 19, 2012, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Taylor's request for a continuance outweigh the best interest of the
7 public and Mr. Taylor in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: June 5, 2012                Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/ M.Petrik
13                                    _____
                                      MICHAEL PETRIK, Jr.
14                                    Assistant Federal Defender

15 Dated: June 5, 2012                BENJAMIN B. WAGNER
                                      United States Attorney
16
                                      /s/ M.Petrik for
17                                    _____
                                      JILL M. THOMAS
18                                    Assistant U.S. Attorney

24 ///
25 ///
26 ///
27
28 STIPULATION AND ORDER             2                     11-215 MCE

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for July 19, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE