DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00215 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 1, 2012, AT 9:00 A.M. |
| v. | ) | |
| GERALD DONALD TAYLOR, | ) | Date: September 27, 2012 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for September 27, 2012, at 9:00 a.m., and reset it for November 1, 2012, at 9:00 a.m.

Defense counsel requires time to review discovery, review a recently received pre-plea guideline report, and to consult with Mr. Taylor.

The parties further stipulate that the Court should exclude the period from the date of this order through November 1, 2012, when it computes the time within which the trial of the above criminal

STIPULATION AND ORDER          1                              11-215 MCE

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 25, 2012          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender

Dated: September 25, 2012          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for
                                          _____
                                          JILL M. THOMAS
                                          Assistant U.S. Attorney

///

///

///

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for November 1, 2012, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE