DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00215-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 29, 2012, AT 9:00 A.M. |
| v. | |
| GERALD DONALD TAYLOR, | Date: November 1, 2012 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for November 1, 2012, at 9:00 a.m., and reset it for November 29, 2012, at 9:00 a.m.

Defense counsel requires time to review discovery, review a recently received pre-plea guideline report, and to consult with Mr. Taylor.

///

///

///

STIPULATION AND ORDER                    1                    2:11-cr-00215-MCE

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through November 29, 2012, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Taylor's request for a continuance outweigh the best interest of the
7 public and Mr. Taylor in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

10 Dated: October 29, 2012            Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/ M.Petrik
13                                    _____
                                      MICHAEL PETRIK, Jr.
14                                    Assistant Federal Defender

15 Dated: October 29, 2012            BENJAMIN B. WAGNER
                                      United States Attorney
16
                                      /s/ M.Petrik for
17                                    _____
                                      JILL M. THOMAS
18                                    Assistant U.S. Attorney

19

20

21

22

23

24

25 ///

26 ///

27

28 STIPULATION AND ORDER            2                 2:11-cr-00215-MCE

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for November 29, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE