DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00215-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO JANUARY 10, |
| v. | ) | 2013, AT 9:00 A.M. |
| | ) | |
| GERALD DONALD TAYLOR, | ) | Date:  November 29, 2012 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for November 29, 2012, at 9:00 a.m., and reset it for January 10, 2013, at 9:00 a.m.

Defense counsel requires time to review discovery, review a recently received pre-plea guideline report, and to consult with Mr. Taylor.

///

///

///

STIPULATION AND ORDER                              1                              2:11-cr-00215-MCE

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through November January 10, 2013,
3 when it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Taylor's request for a continuance outweigh the best interest of the
7 public and Mr. Taylor in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: November 26, 2012          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

Dated: November 26, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for
                                  _____
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for January 10, 2013, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 10, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: November 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE