```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GERALD DONALD TAYLOR,<br><br>        Defendant. | No. 2:11-cr-00215-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE TO<br>FEBRUARY 14, 2013, AT 9:00 A.M.<br><br>Date:  January 10, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for January 10, 2013, at 9:00 a.m., and reset it for February 14, 2013, at 9:00 a.m.

Defense counsel requires time to review discovery, and to consult with Mr. Taylor.

The parties further stipulate that the Court should exclude the period from the date of this order through February 14, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

1  The parties stipulate that the ends of justice served by granting Mr.
2  Taylor's request for a continuance outweigh the best interest of the
3  public and Mr. Taylor in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

7  Dated: January 7, 2013                 Respectfully submitted,
8                                         DANIEL BRODERICK
                                          Federal Defender
9
                                          /s/ M.Petrik
10  _____
                                          MICHAEL PETRIK, Jr.
11                                        Assistant Federal Defender
12  Dated: January 7, 2013                 BENJAMIN B. WAGNER
                                          United States Attorney
13
                                          /s/ M.Petrik for
14  _____
                                          JILL M. THOMAS
15                                        Assistant U.S. Attorney

16                                 **ORDER**

17      The status conference is reset for February 14, 2013, at 9:00 a.m.
18  The Court finds that a continuance is necessary for the reasons stated
19  above, and further finds that the ends of justice served by granting a
20  continuance outweigh the best interests of the public and the defendant
21  in a speedy trial.  Time is therefore excluded from the date of this
22  order through February 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7)
23  (Local Code T4).

24      **IT IS SO ORDERED.**
25  DATED: January 8, 2013
26                                         _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
27

28  STIPULATION AND ORDER              2                    2:11-cr-00215-MCE