```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-215 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 4, 2013, AT 9:00 A.M. |
| v. | |
| GERALD DONALD TAYLOR, | Date: March 7, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for March 7, 2013, at 9:00 a.m., and reset it for April 4, 2013, at 9:00 a.m.

Defense counsel has received a proposed plea agreement from the government that may resolve this matter; however, counsel requires time to meet with Mr. Taylor and discuss the proposed resolution. Counsel also requires time to review the proposed plea agreement in conjunction with discovery the government has provided.

/ / /

1                                                                 11-215 MCE

1 　　　The parties further stipulate that the Court should exclude the
2 period from the date of this order through April 4, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Taylor's request for a continuance outweigh the best interest of the
7 public and Mr. Taylor in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

10　Dated: March 4, 2013　　　　　Respectfully submitted,

11　　　　　　　　　　　　　　　　JOSEPH SCHLESINGER
　　　　　　　　　　　　　　　　　Acting Federal Defender
12
　　　　　　　　　　　　　　　　　/s/ M.Petrik
13　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL PETRIK, Jr.
14　　　　　　　　　　　　　　　　Assistant Federal Defender

15　Dated: March 4, 2013　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney
16
　　　　　　　　　　　　　　　　　/s/ M.Petrik for
17　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JILL M. THOMAS
18　　　　　　　　　　　　　　　　Assistant U.S. Attorney

28　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　11-215 MCE

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for April 4, 2013, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 4, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).]

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE